**Order entered May 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01323-CR

**LOUIS RUSSO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80805-2016**

## ORDER

Before the Court is appellant's May 16, 2019 motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **June 17, 2019**. If appellant's brief is not filed by June 17, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CORY L. CARLYLE
JUSTICE